UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZZAT NAZER,<br><br>                              Plaintiff,<br><br>   -against-<br><br>ISRAEL STATE; ISRAELI MOSSAD;<br>FEDERAL BUREAU OF INVESTIGATION;<br>CENTRAL INTELLIGENCE AGENCY;<br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                              Defendants. | 23-CV-2875 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 12, 2023
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge